**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------X**
KENNETH T. CHAVEZ, on behalf of
himself and all others similarly
situated,

                         Plaintiff,

                                                    CASE NO. 1:19-cv-01069-SJ-ST

             v.

LONG ISLAND CITY PARTNERS LLC d/b/a
HOTEL VETIVER,

                         Defendant.
**------------------------------------------------------------------X**

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, KENNETH T. CHAVEZ, hereby notifies this Court that a settlement in principle has

been reached in this case and executed.

DATED this 15th day of October, 2019.

                                   Respectfully Submitted,
                                   By:    */s/ Mitchell Segal*
                                   Mitchell Segal, Esq.
                                   Law Offices of Mitchell S. Segal, P.C.
                                   Attorney for Plaintiff
                                   1010 Northern Boulevard, Suite 208
                                   Great Neck, New York 11021
                                   Ph:  (516) 415-0100
                                   Fx:  (516) 706-6631
                                   msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the

Clerk of the Court using CM/ECF, this 15th day of October, 2019.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

**JONATHAN M. GOIDEL, ESQ.**
**GOIDEL & SIEGEL, LLP**
**56 West 45th Street**
**Third Floor**
**New York, New York 10036**
**Tel: (212)840-3737**
**Fax.: (212)840-3793**
**E-Fax: (212)202-6335**
E-Mail: JGoidel@GoidelandSiegel.com
Attorney for Defendant